IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN P. LANE, Jr., Esq., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 20-5761 |
| | : | |
| EASTTOWN TOWNSHIP, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# ORDER

AND NOW, this 29th day of September, 2021, upon consideration of Defendants Eugene Briggs, Easttown Township, Easttown Township Board Of Supervisors, and Daniel Fox's Motions to Dismiss (ECF Nos. 5, 13); Defendants Andrew Rau and Unruh Turner Burke & Frees Attorneys at Law's Motions to Dismiss (ECF Nos. 8, 14); and Plaintiff's Memorandums of Law in Opposition (ECF Nos. 15, 16), **IT IS HEREBY ORDERED AND DECREED** that the Motions to Dismiss are **GRANTED**. Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**.[1]

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order Accompanies the Court's Memorandum dated September 29th, 2021.